UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN RUSHING,

                      Plaintiff,

      -against-

STATE OF MICHIGAN,

                    Defendant.

22-CV-3431 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued April 28, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the January 3, 2022, order in *Rushing v. Extra Space Storage*, ECF 1:21-CV-9113, 5 (S.D.N.Y. Jan. 3, 2022), the complaint is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 28, 2022
             New York, New York

                                                  /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                         Chief United States District Judge